794

Commonwealth *v.* Mosby, Appellant.

Before DOTY, J.

Submitted September 12, 1974. *James Thomas Lynn,* for appellant; *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.


Commonwealth *v.* Murphy, Appellant.

Before BRADLEY, J., without a jury.

Submitted September 17, 1974. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Neil Kitrosser, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.